THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | | |
|---|---|---|
| PERRY WALSH, | ) | CV-17-114-GF-BMM |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER EXTENDING** |
| -vs- | ) | **EXPERT WITNESS** |
| | ) | **DISCLOSURE** |
| CITY OF GREAT FALLS, MARTIN BOWER, WILLIAM KLUNDT, SCOTT FISHER, KRISTI CARLSON, and JOHN and JANE DOES 1-6, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

Based upon the motion of the Defendant Officers, Doc. 16, and good cause appearing; **IT IS HEREBY ORDERED that:**

All parties shall disclose liability experts by **May 25, 2018.**

DATED this 9th day of May, 2018.

Brian Morris
United States District Court Judge